**BlueRidge Trailers Inc**
17999 Interstate 20
Canton, TX 75103

903-275-7879

# Invoice

| Date | Invoice # |
|---|---|
| 4/19/2012 | 4329 |

**Bill To**

Automotive Driving Solutions
442 gordon ave
Peterborough, Ontario
K9j 6g5

*\* A deposit cheque was done on March 29, 2012 Ch# 380 $80,000.00*

*\* A wire transfer of remaining balance done on Apr 24, 2012 $85 000.00*

| P.O. Number | Terms | Rep | Ship | Via |
|---|---|---|---|---|
| | | PH | 4/19/2012 | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | 53ft Aluminum trai... | 2012 BlueRidge Aluminum trailer, 20k air-ride axles, 255/22.5 tires w/aluminum rims, seamless no-leak steel roof | 94,424.00 | 94,424.00 |
| | liftgate | BlueRidge liftgate with hydraulic tilt door | 18,500.00 | 18,500.00 |
| 3 | hydraulic racks | hydraulic rack 17'3", pooched aluminum decking | 9,833.33333 | 29,500.00 |
| | Hanco GEN 20K | Hanco 20K generator with air-ride w/ generator enclosure included | 10,200.00 | 10,200.00 |
| 2 | Aluminum radius | Aluminum radius | 124.00 | 248.00 |
| | .063 sheet aluminum | .063 sheet aluminum | 5,500.00 | 5,500.00 |
| | Single side door | Single side door | 628.00 | 628.00 |
| | DC lights | Wire and install DC lighting package/ AC lighting to be included, electrical outlets inside and weather protected outlets on exterior | 1,000.00 | 1,000.00 |
| | | Trailer will be ready for shipping at 1600 hours on 15 April 2012 | | |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

COPY

Payment terms are 1/2 down payment and the final 1/2 at completion.

| | Total | $160,000.00 |
|---|---|---|


 

EXHIBIT 2