BlueRidge Trailers Inc
17999 Interstate 20
Canton, TX 75103

903-275-7879

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/23/2012 | 4330 |

PAID
04/24/2012

**Bill To**

Automotive Driving Solutions
442 gordon ave
Peterborough, Ontario
K9j 6g5

| P.O. Number | Terms | Rep | Ship | Via |
|-------------|-------|-----|------|-----|
| | | PH | 4/23/2012 | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | freight expedite | expedite generator | 4,000.00 | 4,000.00 |
| 4 | can lights | can lights installed down right side of trailer | 125.00 | 500.00 |
| 1 | air compressor | air compressor installed | 300.00 | 300.00 |
| 1 | airlines | airlines installed for air compressor | 200.00 | 200.00 |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

| **Total** | **$5,000.00** |
|-----------|---------------|

EXHIBIT 3

