IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| AUTOMOTIVE DRIVING SOLUTIONS, LTD. | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 13-CV-420 |
| vs. | ) ) ) | Judge Michael H. Schneider |
| BlueRidge Trailers, Inc. aka Blue Ridge Trailers, Inc. aka Blueridge Trailers, Inc. | ) ) ) ) ) | |
| Defendant. | ) | |

**CONSENT JUDGMENT ENTRY**

Now come the parties, by and through the undersigned, and hereby consent that judgment may be entered against defendant BlueRidge Trailers, Inc. aka Blue Ridge Trailers, Inc. aka Blueridge Trailers, Inc., and in favor of plaintiff Automotive Driving Solutions, Ltd., in the sum of Two Hundred Thirty Five Thousand One Hundred Eighty Two Dollars and Thirty-Seven Cents ($235,182.37), plus three percent interest (3.00 %) per annum thereon from the date of Judgment until collected.

The parties having consented to the entry of final judgment, it is hereby ORDERED that judgment be entered in favor of plaintiff Automotive Driving Solutions, Ltd. and against defendant BlueRidge Trailers, Inc. aka Blue Ridge Trailers, Inc. aka Blueridge Trailers, Inc., in the sum of Two Hundred Thirty Five Thousand One Hundred Eighty Two Dollars and Thirty-

Seven Cents ($235,182.37), plus three percent interest (3.00 %) per annum thereon from the date of Judgment until collected.

    IT IS SO ORDERED.

    **SIGNED this 24th day of February, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE